FILED: August 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7273
(7:19-cv-00681-TTC-RSB)

_____

LORENZA GERALD FEREBEE, JR.

       Plaintiff - Appellant

v.

C. MANIS, Wallens Ridge State Prison "Warden"; Q. REYNOLDS, Wallens Ridge State Prison Unit Manager; D. ANDERSON; M. W. GILLEY; WARDEN DAVID ZOOK; MAJOR C. KING; CAPTAIN T. P. BURGIN; UNIT MANAGER CARICO; RAVIZEE, Grievance Corrdinator; IHO HENSLEY; LT. T. B. SMITH; LT. L. A. LIGHT; LT. B. MCCRAY; SGT. D. WOODARD; OFFICER GILBERT; COUNSEL C. R. TILLER; COUNSELOR H. A. OSBORNE

       Defendants - Appellees

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk